IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:11-CR-19-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CURTIS WADE BRYANT, SR. )<br>)<br>Defendant. ) | **ORDER** |

On October 31, 2011, this court sentenced Curtis Wade Bryant, Sr. ("Bryant") to 108 months' imprisonment for conspiracy to possess with the intent to distribute a quantity of cocaine and cocaine base (crack), in violation of 21 U.S.C. § 846. See [D.E. 28] 1, 4; [D.E. 34–35]. Bryant did not file a notice of appeal, and his conviction became final on November 14, 2011. See Fed. R. App. P. 4(b)(1); Clay v. United States, 537 U.S. 522, 527–28, 532 (2003).

On March 22, 2012, Bryant filed a pro se motion for a reduction of his sentence under 18 U.S.C. § 3582(c) and Amendments 750 and 759 of the United States Sentencing Guidelines [D.E. 37]. At Bryant's sentencing hearing, this court used the guidelines referenced in Amendments 750 and 759. See PSR [D.E. 32] ¶¶ 12, 36. Thus, Bryant's motion for relief under section 3582(c) and Amendments 750 and 759 lacks merit and is DENIED. See, e.g., United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010).

SO ORDERED. This 12 day of November 2013.

JAMES C. DEVER III
Chief United States District Judge